UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------X

In re:                                                                                    Case No. 11-_____

Corporation I

----------------------------------------------------------------------X

# Stipulation and Order Under Seal